PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Aaron Prilo     **Docket Number:** 05-00516-001
                                     **PACTS Number:** 43060

**Name of Sentencing Judicial Officer:** The Honorable Stanley R. Chesler

**Date of Original Sentence:** 01/26/2006

**Original Offense:** Possession of a Firearm by a Convicted Felon, in violation of Title 18: U.S.C. § 922(g)(1) and 2, a Class D Felony.

**Original Sentence:** 44 months imprisonment, 3 years supervised release. Special conditions imposed include: 6 months home confinement, alcohol treatment, drug treatment, financial disclosure, no new debt/credit, a $2,500 fine and a $100 special assessment fee.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** September 3, 2008

**Assistant U.S. Attorney:** Hope Olds, 402 East State Street, Room 502, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** Andrea Bergman, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

1     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

      On May 6, 2009, the probation office learned that on March 19, 2009, criminal complaints were filed by the Trenton Police Department charging the offender with Robbery with a Deadly Weapon (Handgun), Burglary, Unlawful Restraint with Injury, Aggravated Assault, Possession of a Handgun, and Possession of a Handgun for Unlawful Purpose.

      According to police reports, on March 18, 2009, the offender broke into a residence and held three victims at gun point while robbing them. The offender restrained the victims with handcuffs and struck them in the head with the

PROB 12C - Page 2
Aaron Prilo

handgun while kicking them in the ribs and burglarizing the residence. Police reports further indicate the offender shot one of the victims in the backside.

A bench warrant has been issued for his arrest and bail has been set at $300,000 cash bail, no ten percent. The offender is currently wanted by Trenton Police for these charges.

2   The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'

The offender failed to report to the probation office on April 1, 2009 for an appointment and has not returned numerous telephone calls since he completed home confinement on March 9, 2009.

3   The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'

The offender has failed to report for scheduled drug tests on April 9, 2009, April 22, 2009, and May 1, 2009.

4   The offender has violated the supervision condition which states 'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'

On May 6, 2009, a record check was conducted by the Probation Office with Trenton Police Department. It was reported that the offender was stopped and questioned by Trenton Police Officers on January 8, 2009, at the intersection of Stuyvesant and Christopher, and was questioned regarding suspicious drug activity. No charges were filed as a result of this incident, but the offender never reported being questioned by police on this date.

I declare under penalty of perjury that the foregoing is true and correct.

By: Steven Alfrey
U.S. Probation Officer
Date: May 8, 2009

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other