UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 05-cr-00516 (SRC) |
| v. | : | Hon. Stanley R. Chesler |
| AARON PRILO | : | <u>ORDER</u> |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant United States Attorney, appearing on behalf of the United States before the Court on September 7, 2011), in the presence of K. Anthony Thomas, attorney for defendant Aaron Prilo, for a hearing on the alleged violation of the terms of defendant's supervised release; and the defendant having admitted his guilt as to the second alleged violation, and the Court having considered the submission of the United States Probation Office for the United States District Court for the District of New Jersey, the arguments of the parties, and for the reasons stated on the record:

IT IS, on this ___13___ day of September, 2011, hereby ORDERED that:

1. Defendant is hereby sentenced to a term of 8 months incarceration;

2. Upon his release, defendant shall serve an additional fourteen (14) month term of supervised release during which the defendant shall comply with the conditions and special conditions previously imposed;

3. Violations 1, 3 and 4 are hereby dismissed on motion of the United States.

_____
HON. STANLEY R. CHESLER
United States Magistrate Judge